IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

OTTO R. MEDINA,                          :
               Plaintiff          :          Civil Action 2:08-cv-154

    v.                                   :          Judge Sargus

COLUMBUS STATE COMMUNITY
COLLEGE, et al.,                         :          Magistrate Judge Abel
              Defendant

                               :

**ORDER**

Plaintiff Otto R. Medina brings this action alleging that defendant Columbus State Community College, through its employee Roger McGlaughlin, violated Plaintiff's civil rights by refusing to admit him to the Columbus State Community College Dental Lab Program at its London, Ohio branch, on grounds that he is not a citizen of the United States. This matter is before the Court on Magistrate Judge Abel's June 17, 2008 Report and Recommendation (Doc. 14) that Plaintiff's April 24, 2008 motion in opposition to Defendant's first motion for extension of time and for summary judgment (Doc. 9) be denied, that Defendant's May 2, 2008 first motion to dismiss (Doc. 12) be denied, and that Defendant's April 17, 2008 first motion for extension of time (Doc. 8) was moot. No objections were filed to the Report and Recommendation.

Upon *de novo* review in accordance with the provisions of 28 U.S.C. §636(b)(1)(B), the Court **ADOPTS** the Report and Recommendation (Doc. 14), **DENIES** Plaintiff's April 24, 2008 motion in opposition to Defendant's first motion for extension of time

and for summary judgment motion (Doc. 9), **DENIES** Defendant's May 2, 2008 first motion to dismiss (Doc. 12), and **DENIES AS MOOT** Defendant's April 17, 2008 first motion for extension of time (Doc. 8).

In addition, on July 3, 2008, Plaintiff filed a Motion to Amend Civil Complaint (Doc. 16).  Defendants note in their Response (Doc. 17) that the motion to amend is unopposed.  Therefore, Plaintiff's motion (Doc. 16) is **GRANTED**.

8-25-2008

Edmund A. Sargus, Jr.
United States District Judge