AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**OTTO MEDINA,**

        **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**vs.**

**CASE NO. C2-08-154**

**COLUMBUS STATE COMMUNITY COLLEGE, et al.**

**JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE MARK R. ABEL**

        **Defendants.**

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Opinion and Order filed August 18, 2009, JUDGMENT is hereby entered DISMISSING this case.**

Date: August 18, 2009                    JAMES BONINI, CLERK

                                                                 */S/ Andy F. Quisumbing*
                                                                 (By) Andy F. Quisumbing
                                                                 Courtroom Deputy Clerk